# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE HOUSING AUTHORITY OF THE TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ET AL,<br><br>    Defendants. | Case No.  3:08-CV-00626-LRH-VPC<br><br>**STIPULATION TO CONTINUE AND STAY PROCEEDINGS** ; ORDER |

  COME NOW, the Plaintiff, the HOUSING AUTHORITY OF THE TE-MOAK TRIBE OF WESTERN SHOSHONE INDIANS, and the Defendants, the UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et. al.*, by and through their respective counsel, and stipulate to continue and to stay proceedings.

  The parties request that this case be stayed pending the appeal and resolution of the appeal in the case *Fort Peck Housing Authority v. United States Department of Housing and Urban Development*, filed in the Tenth Circuit Court of Appeals, Case Nos. 06-1425 and 06-

1147. That appeal raises the same controlling legal issue that is raised in this action.

The public interest, the interests of judicial economy, and the interest of third parties favor a stay of this case because the Tenth Circuit is likely to issue a definitive decision as to whether 24 CFR § 1000.318 is valid or not before this Court could decide this case on the merits. At the very least, the Tenth Circuit's decision is likely to streamline this Court's consideration of the central issues in this case, if not to indicate a disposition of this case.

The parties further stipulate and agree that they shall inform this Court of the decision in the *Fort Peck* appeal within 20 days of its issuance and that the plaintiff shall have 30 days following notification of the Court of the *Fort Peck* decision as the time within which to serve the defendants in this case, if the parties decide, in light of the *Fort Peck* decision, to proceed with this matter.

Dated this 30th day of April, 2009.

ZEH & WINOGRAD

/s/Charles R. Zeh, Esq.
CHARLES ZEH, ESQ.
Attorney for Plaintiff

Original signature located in the
Law Office of Zeh & Winograd

GREGORY A. BROWER
United States Attorney

*/s/ Holly A. Vance*
HOLLY A. VANCE
Assistant United States Attorney

IT IS SO ORDERED:

*/s/ signature*

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: May 4, 2009