AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

HOUSING AUTHORITY OF THE
TE-MOAK TRIBE OF WESTERN
SHOSHONE INDIANS,

       Plaintiff,               **AMENDED** JUDGMENT IN A CIVIL CASE
  V.

                               CASE NUMBER:  3:08-cv-00626-LRH-VPC

UNITED STATES DEPARTMENT
OF HOUSING AND URBAN
DEVELOPMENT, et al.,

       Defendant(s).

__X__   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of plaintiff the Housing Authority of the Te-Moak Tribe of Western Shoshone Indians and against defendants United States Department of Housing and Urban Development; Julian Castro, Secretary of HUD; and Jemine Bryon, General Deputy Assistant Secretary for the Office of Public and Indian Housing, in this action.

      **IT IS FURTHER ORDERED** that defendants shall restore to plaintiff the amended amount of $119,182.00 for Indian Housing Block Grant funds. Any such restoration shall be in addition to the full Indian Housing Block Grant allocation that would otherwise be due to the plaintiff under the Native American Housing Assistance and Self-Determination ACT in a given fiscal year as calculated without application of the amount of the judgment.

      **IT IS FURTHER ORDERED** that defendants shall make restoration of the IHBG funds from all available sources, including, but not limited to, Indian Housing Block Grant funds carried forward from previous grant years and Indian Housing Block Grant funds appropriated in future grant years.

      **IT IS FURTHER ORDERED** that the restoration of funds to plaintiff shall be completed as soon as administratively feasible, but in no event later than 24 months from the date of judgment.

| | |
|---|---|
| April 28, 2016 | **LANCE S. WILSON**<br>Clerk |
| | /s/ K. Rusin<br>Deputy Clerk |